Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

\*\*E-filed 5/31/05\*\*

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>PATSY EDWARDS-KEMP,<br><br>    Defendant. | CASE NO. CV-03-05338 JF HRL<br><br>Hon. Jeremy Fogel<br><br>**PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:  June 3, 2005<br>Time:  10:30 a.m.<br>Dept:  Courtroom 3, 5th Floor |

///
///
///
///
///
///
///
///
///

BNFY 558650v1                        1                        (CV-03-5338 JF HRL)
**PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY
AT FURTHER CASE MANAGEMENT CONFERENCE**

1  Counsel for Plaintiff DIRECTV, Inc. ("DIRECTV"), respectfully requests that the Court
2  allow the telephonic appearance of counsel at the Further Case Management Conference
3  scheduled for June 3, 2005 at 10:30 a.m.  This request is made on the grounds that the attorneys
4  primarily responsible for handling this matter are located in Orange County, California,
5  approximately 425 miles from the above-referenced Court.  Personal appearance at the hearing
6  would therefore cause an undue hardship on DIRECTV. If granted, Brandon Q. Tran will be
7  making the telephonic appearance and may be reached directly at (949) 224-6277.

DATED: May 27, 2005                    Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation


By:   /s/ Brandon Q. Tran
            Brandon Q. Tran
      Attorneys for Plaintiff DIRECTV, INC.

### ORDER

Having reviewed the file and the request in this matter and for good cause appearing, **IT IS SO ORDERED** that the request to appear telephonically is hereby GRANTED.

Dated: 5/31/05

/s/electronic signature authorized
_____
District Judge Jeremy Fogel
United States District Court
Northern District of California

**

Please note: the parties are required to arrange with Court Call Conferencing at 866-582-6878 to arrange for the telephonic appearnce.

BNFY 558650v1                    2                    (CV-03-5338 JF HRL)

**PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY
AT FURTHER CASE MANAGEMENT CONFERENCE**