***E-FILED ON 6/14/05*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., | No. C03-05338 HRL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| PATSY EDWARDS-KEMP, | |
| Defendant. | |

The parties advise that they have reached a settlement. Accordingly, all trial and pretrial dates have been vacated.

**On or before August 5, 2005**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **August 16, 2005, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than August 9, 2005**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a joint statement in

1  response to this Order.

2  Dated: June 14, 2005

/s/ Howard R. Lloyd
_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:03-cv-5338 Notice will be electronically mailed to:

Suzanne M. Burke  sburke@buchalter.com, blee@buchalter.com;kosaki@buchalter.com;gpandher@buchalter.com;pkamath@buchalter.com;wjordan@buchalter.com;westmanoctemp@buchalter.com;mknighten@buchalter.com;btran@buchalter.com

Alan J. Kessel  Akessel@buchalter.com, sburke@buchalter.com;kosaki@buchalter.com;wjordan@buchalter.com;avankirk@buchalter.com;sshah@buchalter.com

Shawn Robert Parr  parrst@ix.netcom.com, lisa@parrlawgroup.com

Brandon Quoc Tran  btran@buchalter.com, sburke@buchalter.com;kkatz@buchalter.com;wjordan@buchalter.com;mknighten@buchalter.com;blee@buchalter.com;pkamath@buchalter.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California