Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

*E-FILED ON 8/4/05*

Attorneys for Plaintiff DIRECTV, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PATSY EDWARDS-KEMP,<br><br>Defendant. | Case No. CV-03-5338 HRL<br><br>Hon. Howard R. Lloyd<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT PATSY EDWARDS-KEMP AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant PATSY EDWARDS-KEMP ("Defendant") (collectively, "Parties"), through their respective counsels of record, that the above-captioned action should be dismissed without prejudice, pursuant to Federal Rules of Civil Procedures 41(a)(1), **only** as to Defendant, each of said Parties to bear its/her own costs and attorneys' fees.

The terms of the Confidential Settlement Agreement dated June 7, 2005 ("Agreement") entered into between the Parties require the performance of certain obligations by Defendant that will not be completed until October 2005. If the Defendant does not timely or fully perform these obligations when due, DIRECTV is authorized to seek enforcement of those obligations in this Court. The Parties therefore have consented, and hereby further stipulate and consent to, the retention of jurisdiction over them by this Court and to reference to a Magistrate

BNFY 628150v1                                -1-                           (CV-03-5338 HRL)
**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT PATSY EDWARDS-KEMP AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

Judge in this District for the purpose of enforcing those obligations of the Agreement, as defined therein. The Parties therefore respectfully request that the Court retain such jurisdiction.

DATED: August 2, 2005

Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: _____
Brandon Q. Tran
Attorneys for Plaintiff DIRECTV, Inc.

DATED: August ___, 2005

PARR LAW GROUP

By: _____
Shawn R. Parr
Attorneys for Defendant PATSY EDWARDS-KEMP

## ORDER

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal Without Prejudice of Defendant PATSY EDWARDS-KEMP and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefor, IT IS HEREBY ORDERED:

(1) Defendant PATSY EDWARDS-KEMP is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/her own costs and attorneys' fees; and

(3) **Until November 18, 2005, this** Court shall retain jurisdiction over Plaintiff DIRECTV, Inc. and Defendant PATSY EDWARDS-KEMP to enforce the terms described above of the Settlement Agreement between those parties dated June 7, 2005 ~~and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.~~

Dated: **August 4, 2005**

/s/ Howard R. Lloyd
Honorable Howard R. Lloyd
United States District Court
Northern District of California